ALMOND v. RHYNE

No. 70P93

Case below: 108 N.C.App. 605

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

B. B. WALKER CO. v. BURNS
INTERNATIONAL SECURITY SERVICES

No. 54P93

Case below: 108 N.C.App. 562

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

BALLANCE v. N.C. COASTAL RESOURCES COMM.

No. 19P93

Case below: 108 N.C.App. 288

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.

BOYD v. NATIONWIDE MUTUAL INS. CO.

No. 39PA93

Case below: 108 N.C.App. 536

Petition by defendant (Nationwide Mutual Insurance Company) for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1993.

BRITT v. N.C. DEPT. OF
CRIME CONTROL AND PUBLIC SAFETY

No. 103P93

Case below: 108 N.C.App. 777

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.